# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| YVES SANTAIS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-80 |
| | * | |
| v. | * | |
| | * | |
| OFFICER JONES, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's January 26, 2018 Report and Recommendation, dkt. no. 40, to which Plaintiff did not Object. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion for Preliminary Injunction, dkt. no. 38.

**SO ORDERED**, this ____ day of __March__, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA