# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| YVES SANTAIS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-80 |
| | * | |
| v. | * | |
| | * | |
| OFFICER JONES, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's March 9, 2018 Report and Recommendation, dkt. no. 42, to which neither party filed Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Defendant's Motion for Summary Judgment, dkt. no. 28.

Plaintiff's Eighth Amendment excessive force claim and state law claims of battery, false imprisonment, and intentional infliction of emotional distress remain before the Court.

**SO ORDERED**, this 26 day of March, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA