# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:26 pm, Dec 03, 2020

YVES SANTAIS

vs

OFFICER JONES, et al.

CASE NUMBER CV516-80

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This __3__ day of __December__, 2020.

HON. LISA GODBEY WOOD, JUGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA